DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONALD TADASHI HOLMGREN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3529

[April 21, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312013CF000668A and 312013CF001578A.

Donald Tadashi Holmgren, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***